IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 2:14- CR-727 |
| | ) | |
| -vs- | ) | 21 USC § 841(a)(1) |
|  | ) | 21 USC § 841(b)(1)(A) |
| | ) | 21 USC § 841(b)(1)(B) |
| | ) | 21 USC § 846 |
| | ) | |
| | ) | **INDICTMENT** |
| | ) | **(UNDER SEAL)** |
| | ) | |
| JOHN WAYNE WHITAKER | ) | |

## COUNT 1

THE GRAND JURY CHARGES:

1. That beginning at a time unknown to the grand jury, but beginning at least in or around March 2014, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina, the defendants,  John Wayne WHITAKER, knowingly and intentionally did combine, conspire and agree together and have tacit understanding each other with and others, both known and unknown to the grand jury, to knowingly, intentionally and unlawfully possess with intent to distribute and distribute

1

heroin, a Schedule I controlled substance and methamphetamine, a Schedule II controlled substance:





3

j.  With respect to JOHN WAYNE WHITAKER, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 5 grams or more of methamphetamine and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B);

All in violation of Title 21, United States Code, Section 846.

A _true_ Bill

FOREPERSON

_____
WILLIAM N. NETTLES        (nb)
UNITED STATES ATTORNEY

4